Susan St. Vincent
Acting Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California  95389
Telephone: (209) 372-0243

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　　v.<br><br>GERALD GEORGE ROESSLER,<br>　　　　Defendant. | Docket 6:12-MJ-18-MJS<br><br>STIPULATION TO CONTINUE<br>　BENCH TRIAL; AND<br>　ORDER THEREON<br><br>Courtroom: U.S. District Court -<br>Yosemite<br>Honorable Michael J. Seng |

　　　　IT IS HEREBY STIPULATED by and between Matthew McNease, the acting legal officer for the National Park Service, and Defendant, Gerald ROESSLER, by and through his attorney of record, Andras Farkas, that the Bench Trial in the above-captioned matters shall be continued to February 6, 2013, at 9:30 a.m.  The attorney of record for the Defendant has fallen ill, and for this reason the Defense request a continuance of the Bench Trial and the Government does not oppose the request.

Dated: January 9, 2013　　　　　/S/ Matthew McNease
　　　　　　　　　　　　　　　　　Matthew McNease
　　　　　　　　　　　　　　　　　Acting Legal Officer
　　　　　　　　　　　　　　　　　Yosemite National Park

Dated: January 9, 2013　　　　　/S/ Andras Farkas
　　　　　　　　　　　　　　　　　Andras Farkas
　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　Gerald G. Roessler

\* \* \* ORDER \* \* \*

The Court, having reviewed the above request to continue the Bench Trial, from January 10, 2013, to February 6, 2013, at 9:30 a.m., HEREBY ORDERS AS FOLLOWS:

> The Bench Trial set for January 10, 2013, in case number 6:12-mj-018-MJS, *United States v. Gerald Roessler*, is moved to February 6, 2013, at 9:30 a.m.

IT IS SO ORDERED.

Dated:   January 9, 2013         /s/ *Michael J. Seng*
                                 UNITED STATES MAGISTRATE JUDGE