IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 6:12-mj-00018-MJS |
| Plaintiff, | **PROTECTIVE ORDER** |
| v. | |
| **GERALD ROESSLER,** | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, the Court issues the following Protective Order:

**IT IS HEREBY ORDERED** that defendant GERALD G. ROESSLER, his agents, and Defense Counsel and the United States Attorney, the Acting Legal Officer for the National Park Service, and their agents:

1. Not copy, duplicate, reproduce, or authorize another to copy, duplicate or reproduce the information disclosed from the files of the California Department of Justice, Division of Law Enforcement (DLE), regarding Forensic Scientist-Toxicologist III, Timothy A. Appel (Appel), pursuant to the in camera review in this case (the "DLE Files");

2. Not convey, transfer, publish, distribute or authorize another to convey, transfer, publish, or distribute the information ordered disclosed from the DLE Files;

3. Not to divulge, nor provide access to the information in the DLE Files, either in writing or orally, to any other person, including the media. Use of this information ordered disclosed is limited to the defendant, Defense Counsel, the United States Attorney, the Acting Legal Officer for the National Park Service, and to any experts or investigators employed by defendant and the United States Attorney to assist in this action.

**IT IS FURTHER ORDERED:**

1. The DLE Files shall not be given, loaned, sold, shown or displayed to any member or associate or affiliate of the media, unless so ordered by this court or another court of competent jurisdiction. This provision shall not prohibit Defense Counsel from exhibiting the DLE Files to any person(s) necessary to the preparation and/or presentation of the defense case in accordance with this Order;

2. The DLE Files shall not be provided, displayed, or shown to anyone with the exception of a necessary person such as the defendant, a witness, defense expert or investigator employed or retained for the express purpose of representing the interests of the above-named defendant in the within criminal case. Before Defense Counsel displays or provides the DLE Files to a necessary person, counsel shall serve that person with a copy of this Order, and said person shall be bound by its terms and conditions;

3. In the event that the United States Attorney, and/or their agents, determine that any information or documents ordered disclosed by this court must also be made available to the defense pursuant to Brady, the defense shall also be subject to the Protective Order; and concurrent with any disclosure of personnel record information and/or documents to the defense, the court shall also order the United States Attorney to serve the Protective Order on the defense.

4. On final disposition of this case, all counsel, and agents of counsel, shall promptly, and without request or further court order, return all disclosed and released materials to DLE.

5. Any failure to abide by the terms and conditions of this Order may be cause for contempt of court proceedings to be initiated against the violating party in the United States District Court, Eastern District, California. Any and all parties to this Order, to include third party experts or investigators, shall, by virtue of their signature upon this Order, consent to the

jurisdiction of this court to settle any dispute relative to a violation or alleged violation of the terms herein.

IT IS SO ORDERED.

Dated:   February 26, 2013            /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE