1  Susan St. .Vincent
   Acting Legal Officer
2  Matthew McNease
   Acting Legal Officer
3  NATIONAL PARK SERVICE
   Law Enforcement Office
4  P.O. Box 517
   Yosemite, California   95389
5  Telephone: (209) 372-0241

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Docket 6:12-MJ-0018-MJS |
|---|---|---|
| Plaintiff, | ) | MOTION TO DISMISS; |
| | ) | AND ORDER THEREON |
| v. | ) | |
| GERALD GEORGE ROESSLER, | ) | |
| Defendant. | ) | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice in the interest of justice of all charges in case number 6:12-mj-0018-MJS.

Dated: February 27, 2013          NATIONAL PARK SERVICE


                                   /S/ Matthew McNease
                                   Matthew McNease
                                   Acting Legal Officer

1

**ORDER**

Upon application of the United States, IT IS HEREBY ORDERED that *United States v. Gerald Roessler,* 6:12-mj-0018-MJS, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   February 27, 2013         /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE